DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. MABE

No. 299P87.

Case below: 85 N.C. App. 500.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 28 July 1987.

STATE v. PLATT

No. 239P87.

Case below: 85 N.C. App. 220.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 28 July 1987.

STATE v. RIDDLE

No. 375P87.

Case below: 86 N.C. App. 112.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 28 July 1987.

STATE v. SINGLETON

No. 242P87.

Case below: 85 N.C. App. 123.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 28 July 1987. Motion by Attorney General to dismiss appeal for lack of substantial constitutional question allowed 28 July 1987.

STATE v. TAYLOR

No. 317A87.

Case below: 85 N.C. App. 549.

Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 and App. Rule 16(b) as to additional issues allowed 28 July 1987.